UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ROBERT D. DAVIS,<br>(Social Security No. XXX-XX-7187),<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   3:09-cv-35-WGH-RLY<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT ENTRY

The final decision of the Commissioner in this case is **AFFIRMED.** The plaintiff's Complaint is **DISMISSED.** Each party shall bear its own costs.

**Entered:** March 9, 2010

                        _____
                        William G. Hussmann, Jr.
                        United States Magistrate Judge
                        Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

By:_____
   Deputy Clerk

**Electronic copies to:**

Eric Joseph Yocum
eric_yocum@msn.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov